McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2775

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  2:06-MC-00075-LKK-PAN (JFM) |
| ) | |
| Plaintiff, ) | CONSENT JUDGMENT |
| ) | |
| v. ) | |
| ) | |
| AARYAN N. KOURA, M.D., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Pursuant to the Settlement Agreement entered into between the United States of America and Aaryan N. Koura, M.D. (hereinafter referred to as "Debtor"), a true and correct copy of which is attached hereto as Exhibit A, the Court finds:

In order to resolve litigation in U.S. Attorney's Office, in the Eastern District of California, the parties herein agreed as follows:

1. **Indebtedness and Consent Judgment.**  As of April 1, 2006, the total amount of the debt owed by the Debtor for Department of Health and Human Services ("DHHS") Claim Number HHPH-10001384 is $4,696.14 (hereinafter "debt"), which includes the principal, accrued interest and late payment charges, if any.  The Debtor agrees to have Judgment entered against him for the total amount of his indebtedness.  Accordingly, as part of the Agreement, the parties agree that interest shall accrue at the post-judgment interest rate applicable to judgments entered in federal court as provided by 28 U.S.C. § 1961.  Agreement at ¶ 4.

1    2. **Payment Schedule.**  The Debtor agrees to make payment IN FULL on or before June 30,
2 2006. Payment shall be made payable to the "Department of Justice," and mailed to:
3             U.S. Attorney's Office
              Attn: Financial Litigation Unit
4             501 I Street, Suite 10-100
              Sacramento, CA 95843
5
6 Agreement at ¶ 5.

7    3. **Default on Agreement.**  Should a default on the Agreement occur, the United States may
8 take any steps authorized by law to enforce its Judgment, as provided for in paragraph 1. Agreement
9 at ¶ 6.

10    4. **Severability Clause.**  In the event any parts of this Agreement are found to be void, the
11 remaining provisions of this Agreement shall nevertheless be binding with the same effect as though
12 the void parts were deleted.  Agreement at ¶ 7.

13    5. **Effect of the Agreement.** This Agreement contains a complete description of the bargain
14 between the parties.  All material representations, understandings and promises of the parties
15 concerning the repayment of the debt are contained in this Agreement. Any modifications must be
16 set forth in writing and signed by all parties.  The Debtor represents that this Agreement is entered
17 into with knowledge of the events described herein.  The Debtor further represents that this
18 Agreement is voluntarily entered into to resolve the litigation in DHHS claim number HHPH-
19 10001384.  Agreement at ¶ 8.

20    6. **Execution of the Agreement.**  The United States Attorney represents that he has received
21 the concurrence of DHHS to the monetary terms of this Agreement, and will promptly forward an
22 executed copy of this agreement to DHHS.  Agreement at ¶ 9.
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

1  Based upon the above findings, and the Court being otherwise fully advised in the premises,
2  it is hereby
3  ORDERED AND ADJUDGED:
4  That the Court adopts the Settlement Agreement entered into by and between the parties.
5  IT IS SO ORDERED.
6  DATED: July 20, 2006.

_____
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

# SETTLEMENT AGREEMENT

## A.  RECITALS

1. **Parties.**  The parties to this Settlement Agreement (hereinafter referred to as "the Agreement") are the United States of America and Aaryan N. Koura, M.D. (hereinafter referred to as "Debtor").

2. **Default on HEAL**.  By letter dated April 25, 2006, the Debtor was notified by the United States Department of Health and Human Services ("DHHS"), Program Support Center ("PSC"), of the default on a Health Education Assistance Loan (HEAL) resulting from the Debtor's failure to repay the loan in accordance with the agreed upon terms. The PSC notice demanded repayment.  The Debtor failed to respond to this notice.  Therefore, as required by 42 U.S.C. § 1395ccc(a)(3), PSC referred the matter to the United States Attorney for collection.

## B.  TERMS OF THE AGREEMENT

3. **Intention of the Parties to Effect Settlement.**  In order to resolve litigation in U.S. Attorney's Office, in the Eastern District of California, the parties agree as follows:

4. **Indebtedness and Consent Judgment.**  As of April 1, 2006, the total amount of the debt owed by the Debtor for DHHS Claim Number HHPH-10001384 is $4,696.14 (hereinafter "debt"), which includes the principal, accrued interest and late payment charges, if any.  The Debtor agrees to have Judgment entered against him for the total amount of his indebtedness.  Accordingly, as part of the Agreement, the parties agree that interest shall accrue at the post-judgment interest rate applicable to judgments entered in federal court as provided by 28 U.S.C. § 1961.

5. **Payment Schedule.**  The Debtor agrees to make payment IN FULL on or before June 30, 2006.  Payment shall be made payable to the "Department of Justice," and mailed to:

> U.S. Attorney's Office
> Attn:  Financial Litigation Unit
> 501 I Street, Suite 10-100
> Sacramento, CA 95843

6. **Default on Agreement.**  Should a default on the Agreement occur, the United States may take any steps authorized by law to enforce its Judgment, as provided for in paragraph 4.

7. **Severability Clause.**  In the event any parts of this Agreement are found to be void, the remaining provisions of this Agreement shall nevertheless be binding with the same effect as though the void parts were deleted.

     8.  **Effect of the Agreement.** This Agreement contains a complete description of the bargain between the parties.  All material representations, understandings and promises of the parties concerning the repayment of the debt are contained in this Agreement. Any modifications must be set forth in writing and signed by all parties.  The Debtor represents that this Agreement is entered into with knowledge of the events described herein.  The Debtor further represents that this Agreement is voluntarily entered into to resolve the litigation in DHHS claim number HHPH-10001384.

     9.  **Execution of the Agreement.**  The United States Attorney represents that he has received the concurrence of DHHS to the monetary terms of this Agreement, and will promptly forward an executed copy of this agreement to DHHS.

|  |  |
|---|---|
|  | */s/ Aaryan N. Koura* |
|  | (original signature maintained by attorney) |
| DATE:  6/27/06 | _____ |
|  | AARYAN N. KOURA, M.D. |
|  | Debtor |
|  |  |
|  | *Address:*  c/o Slimlife Center |
|  | 7600 Hospital Drive, Suite I |
|  | Sacramento, CA 95823 |
|  |  |
| DATE:  7/5/2006 | McGREGOR W. SCOTT |
|  | United States Attorney |
|  |  |
|  | */s/ Bobbie J. Montoya* |
| By: | _____ |
|  | BOBBIE J. MONTOYA |
|  | Assistant United States Attorney |
|  | Attorneys for the United States of America |